QUINTANA, PLAINTIFF AND APPELLEE, *v.* CENTRAL VANNINA, DEFENDANT AND APPELLANT.

APPEAL from the First District Court of San Juan in an Action for damages.

No. 2752.—Decided July 12, 1923.

DAMAGES—NEGLIGENCE—MEASURE OF DAMAGES. — It having been proved that owing to the defendant's negligence the plaintiff, who was the managing partner of an agricultural partnership, received injuries which compelled him to stay at home without being able to attend to his business for a month and caused him physical and mental suffering, it was held that a judgment for $500 was reasonable.

The facts are stated in the opinion.

*Mr. D. Monserrat* for the appellant.

*Messrs. F. González* and *C. Iriarte, Jr.,* for the appellee.

MR. JUSTICE FRANCO SOTO delivered the opinion of the court.

Domingo Quintana, the plaintiff in this case, was one of the passengers in the automobile owned and driven by Gerardo M. García when it was struck by a locomotive of the defendant in the afternoon of February 19, 1920. In the opinion delivered on appeal in the action brought by Ramona Morales, another passenger in the same automobile, against the Central Vannina all of the questions of fact and of law involved in the case were considered and

the principles therein laid down are entirely applicable to this case.

We have only to consider specifically in this case the question of the amount of damages. The plaintiff sued for $1,000 and the court allowed him $500. It was proved that the plaintiff was the manager of a partnership engaged in planting sugar cane and that, as a result of the collision, he received injuries throughout his body which compelled him to stay at home without being able to attend to his business for a month, and which caused him physical pain and mental suffering.

Such being the case, we think that the sum of $500 is not excessive; therefore, the judgment is

*Affirmed.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.